United States Courts
Southern District of Texas
FILED
August 06, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:24-CR-580-16** |
| **v.** | § | |
| | § | |
| **[16] CLISERIO NAJERA-VALENZUELA,** | § | |
| a/k/a "Bruno Najera-Valenzuela," | § | |
| a/k/a "Bartolo Valenzuela," | § | |
| | § | |
| ***Defendant.*** | § | |

**SUPERSEDING CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**

On or about December 13, 2023, within the Southern District of Texas and elsewhere,

**[16] CLISERIO NAJERA-VALENZUELA,**

defendant herein, did knowingly, unlawfully, and intentionally possess with intent to distribute a controlled substance. This violation involved one kilogram or more of a mixture of substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

**Count Two**

On or about January 23, 2025, in the Houston Division of the Southern District of Texas,

**CLISERIO NAJERA-VALENZUELA**

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having

obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Section 1326(a).

AARON F. REITZ
United States Attorney
Southern District of Texas

By: ______________________
Stephanie Bauman
Sherin S. Daniel
Assistant United States Attorneys
713-567-9000